UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

September 11, 2020

To:
BRAD J. SADEK
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

        In re: Lung G Li
        Bankruptcy No. 20-13660-amc
        Adversary No.
        Chapter 13

Re  **Fee Amount Due $310**

The above document(s) were filed in this office on September 11, 2020. Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

- (xx) Voluntary Petition
- ( ) Adversary Proceeding
- ( ) $31.00 Filing Fee for Amendments
- ( ) $25.00 Claims Transfer Fee
- ( ) Motion Filing Fee

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

        Timothy B. McGrath
        Clerk

        By:  Jeanette Gilmore
           Deputy Clerk

*Fee Notice*
*(11/26/18)*